**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Clayton T. Cook, SBN 260891
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: 916.929.1481
Fax: 916.927.3706
**Attorneys for Defendants:** COUNTY OF EL DORADO and EL DORADO COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT, | CASE NO. 2:10-CV-01367-FCD-KJM |
| Plaintiff, | **ORDER RE: STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S COMPLAINT** |
| v. | |
| COUNTY OF EL DORADO and EL DORADO COUNTY SHERIFF'S DEPARTMENT; PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH, JACKIE NOREN; and KEVIN HOUSE and DOES 1 through 50, inclusive, | |
| Defendants. / | |

Having considered the Stipulation to Extend Time for Defendants to File Their Response to Plaintiff's Complaint, Defendants COUNTY OF EL DORADO, EL DORADO COUNTY SHERIFF'S DEPARTMENT, PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH, JACKIE NOREN, and KEVIN HOUSE have until **August 31, 2010** to file a responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: July 29, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1

**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFF'S COMPLAINT**