UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TANYA HUNT,

        Plaintiff,

   v.

COUNTY OF EL DORADO, et al.,

        Defendants.

NO. 2:10-CV-1367 FCD KJM

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.  The hearing on Defendants' Motions to Dismiss (Docket Nos. 10, 12 and 14) is continued to December 3, 2010, at 10:00 a.m.  Plaintiff shall file and serve her opposition brief or notice of non-opposition no later than November 17, 2010.  The defendants may file and serve a reply on or before November 24, 2010.

    2.  Plaintiff's counsel, David Poore and Douglas Watts, are each ordered to show cause why they should not each be sanctioned in the amount of $150.00 for failing to file an opposition or

1  notice of non-opposition to defendants' motions in compliance
2  with Local Rule 230(c).
3       3.   Plaintiff's counsel shall file their response to the
4  order to show cause on or before November 17, 2010.
5       4.   A hearing on the order to show cause, if necessary,
6  will follow the hearing on the motions.
7       IT IS SO ORDERED.
8  DATED: October 12, 2010

                                    _____
                                    FRANK C. DAMRELL, JR.
                                    UNITED STATES DISTRICT JUDGE