**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Clayton T. Cook, SBN 260891
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
nsheehan@porterscott.com
ccook@porterscott.com

Complete list of represented parties on signature page

**Attorneys for Defendant:** COUNTY OF EL DORADO

### UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT, | CASE NO. 2:10-CV-01367-FCD-KJM |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO APPOINT CAROLYN LANGENKAMP AS DISCOVERY REFEREE** |
| COUNTY OF EL DORADO; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN, and Does 1 through 50, inclusive | |
| Defendants. | |

Pursuant to the minute order issued by the Court on October 4, 2010 in conjunction with the stipulated protective order (docket item 23), Plaintiff TANYA HUNT and Defendants COUNTY OF EL DORADO, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH and JACKIE NOREN (hereinafter "the Parties") notify the Court that they have agreed to retain the services of Carolyn Langenkamp of Langenkamp Curtis & Price, LLP as a discovery referee in this action. Via their Joint Status Report, the parties had agreed that issues ruled on by Ms. Langenkamp pertaining to

claims of privilege; constitutional and/or statutory rights, including but not limited to privacy; the scope and extent of discovery; and sanctions shall be subject to review by the Magistrate Judge and/or the District Court Judge in accordance the process delineated in Local Rule 251.  Ms. Langenkamp shall have all the rights, powers, and duties to make any rulings and issue any orders in connection with discovery disputes which may arise in connection with this proceeding.  The fees of the referee shall be equally split by Defendant COUNTY OF EL DORADO and Plaintiff TANYA HUNT, subject to any ruling by the discovery referee to award fees or costs on a particular motion or issue.

     **IT IS SO STIPULATED.**

Dated:  October 29, 2010            **WATTS LAW OFFICES**

           By /Douglas E. Watts/ (as authorized on 10/29/10 )
               Douglas E. Watts
               Attorney for Plaintiff
               TANYA HUNT

Dated:  October 29, 2010            **KAHN, BROWN & POORE LLP**

           By /David M. Poore/(as authorized on 10/29/10)
               David M. Poore
               Co-Attorney for Plaintiff
               TANYA HUNT

Dated:  October 29, 2010            **BARKETT & GUMPERT**

           By/Franklin G. Gumpert/(as authorized on 10/29/10)
               Franklin G. Gumpert
               Attorney for Defendants
               PHIL CHOVANEC, DARIN LEWIS,
               BOB ASHWORTH and JACKIE NOREN

Dated:  October 29, 2010         **JACKSON LEWIS LLP**


                                  By /Christine Maloney/ (as authorized on 10/29/10)
                                      C. Christine Maloney
                                      Attorney for Defendant
                                      KEVIN HOUSE


Dated:  October 29, 2010         **PORTER SCOTT**
                                  **A PROFESSIONAL CORPORATION**


                                  By /Nancy J. Sheehan/
                                      Nancy J. Sheehan
                                      Clayton T. Cook
                                      Attorneys for Defendants
                                      COUNTY OF EL DORADO


    I agree to serve as the discovery referee in this case, subject to the terms and conditions set forth above.

Dated:  October 29, 2010         **LANGENKAMP CURTIS & PRICE, LLP**


                                  By      /Carolyn Langenkamp/ (as authorized on 10/29/10
                                          Carloyn Langenkamp
                                          Discovery Referee

**ORDER**

Having reviewed the above Stipulation, and good cause appearing, Carolyn Langenkamp of Langenkamp Curtis & Price, LLP is assigned as the discovery referee in this action. The stipulation is clarified as follows: If any party wishes to seek review of any decision by Ms. Langenkamp, that party shall first file a motion for review before the Magistrate Judge. Review of any decision by the Magistrate Judge may thereafter be sought before the District Judge.

**IT IS SO ORDERED.**

Dated: November 1, 2010.

_____
U.S. MAGISTRATE JUDGE