Douglas E. Watts, SBN 182274
WATTS LAW OFFICES
1745 Creekside Dr.
Folsom, CA 95630
Telephone:      (916) 337-5221
Facsimile:      (916) 404-5031
dougwattsesq@yahoo.com

David M. Poore, SBN 192541
BROWN / POORE LLP
2200 Powell Street, Suite 745
Emeryville, California  94608
Telephone:  (510) 923-6280
Facsimile:   (510) 923-6285
dpoore@kahnbrownlaw.com

Attorneys for Plaintiff
TANYA HUNT

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
nsheehan@porterscott.com
bberumen@porterscott.com
**Attorneys for Defendants:** COUNTY OF EL DORADO and FRED KOLLAR

**BARKETT & GUMPERT**
Franklin G. Gumpert, SBN 66051
P.O. Box 661448
Sacramento, CA 95866
Telephone:  (916) 849-2480
**Attorney for Defendants:**  PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH and JACKIE NOREN

**JACKSON LEWIS LLP**
C. Christine Maloney, SBN 226575
199 Fremont Street, 10th Floor
San Francisco, CA 94105
Telephone:  (415) 394-9400
**Attorney for Defendant:**  KEVIN HOUSE

/ / /

/ / /

/ / /

1

**STIPULATION REGARDING PLAINTIFF'S FILING OF _THIRD_ AMENDED COMPLAINT; ORDER**
**HUNT v. COUNTY OF EL DORADO, ET AL., CASE NO. 2:10-cv-01367-FCD-KJM**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT,<br><br>            Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN, and Does 1 through 50, inclusive<br><br>            Defendants. | CASE NO.  2:10-CV-01367-FCD-KJM<br><br>**STIPULATION REGARDING PLAINTIFF'S FILING OF *THIRD* AMENDED COMPLAINT; ORDER** |

**WHEREAS** the operative pleading in this matter is Plaintiff's Second Amended Complaint, filed on January 27, 2011; and

**WHEREAS** Plaintiff filed new charges of discrimination and retaliation with the California Department of Fair Employment and Housing ("DFEH") and the federal Equal Employment Opportunity Commission ("EEOC") arising out of her termination from employment with Defendant COUNTY OF EL DORADO on December 22, 2010; and

**WHEREAS** Plaintiff has obtained a Right-To-Sue letter from both the DFEH and the EEOC relative to these new charges; and

**WHEREAS** the parties wish to avoid the expense, delay, and consumption of this Court's time with a noticed motion for leave of court to file Plaintiff's *Third* Amended Complaint;

The parties to this case do hereby stipulate and agree that Plaintiff TANYA HUNT shall file and serve her Third Amended Complaint in this matter within seven (7) days of the date this Stipulation is signed by counsel for Defendant COUNTY OF EL DORADO.  It is further stipulated to by and between counsel for all parties that Defendants shall have the option of filing a notification with the

2

**STIPULATION REGARDING PLAINTIFF'S FILING OF *THIRD* AMENDED COMPLAINT; ORDER**
**HUNT v. COUNTY OF EL DORADO, ET AL., CASE NO. 2:10-cv-01367-FCD-KJM**

Court that their Answer to the Second Amended Complaint (filed January 27, 2011) shall be deemed to be their answer to this Third Amended Complaint, or filing a separate answer to the Third Amended Complaint.

**IT IS SO STIPULATED.**

Dated:  April 14, 2011                                **WATTS LAW OFFICES**


By/Douglas E. Watts/ (as authorized on 04/14/11 )
    Douglas E. Watts
    Attorney for Plaintiff
    TANYA HUNT


Dated:  April 14, 2011                                **BROWN / POORE LLP**


By/David M. Poore/ (as authorized on 04/14/11 )
    David M. Poore
    Co-Attorney for Plaintiff
    TANYA HUNT


Dated:  April 14, 2011                                **BARKETT & GUMPERT**


By/Franklin G. Gumpert/ (as authorized on 04/14/11)
    Franklin G. Gumpert
    Attorney for Defendants
    PHIL CHOVANEC, DARIN LEWIS, BOB
    ASHWORTH and JACKIE NOREN


Dated:  April 14, 2011                                **JACKSON LEWIS LLP**


By/C. Chistine Maloney/ (as authorized on 04/14/11 )
    C. Christine Maloney
    Attorney for Defendant
    KEVIN HOUSE

3

**STIPULATION REGARDING PLAINTIFF'S FILING OF *THIRD* AMENDED COMPLAINT; ORDER
HUNT v. COUNTY OF EL DORADO, ET AL., CASE NO. 2:10-cv-01367-FCD-KJM**

Dated: April 14, 2011

                    **PORTER SCOTT**
                    **A PROFESSIONAL CORPORATION**

                    By/Nancy J. Sheehan/ (as authorized on 04/14/11 )
                        Nancy J. Sheehan
                        Beatriz Berumen
                        Attorneys for Defendants
                        COUNTY OF EL DORADO and
                        FRED KOLLAR

## **ORDER**

Having reviewed the above Stipulation, and good cause appearing.

**IT IS SO ORDERED.**

Dated: April 14, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

4

**STIPULATION REGARDING PLAINTIFF'S FILING OF *THIRD* AMENDED COMPLAINT; ORDER
HUNT v. COUNTY OF EL DORADO, ET AL., CASE NO. 2:10-cv-01367-FCD-KJM**