1  Douglas E. Watts, SBN 182274
   **WATTS LAW OFFICES**
2  1745 Creekside Dr.
   Folsom, CA 95630
3  Telephone:     (916) 337-5221
   Facsimile:     (916) 404-5031
4  dougwattsesq@yahoo.com

5  Stephen M. Murphy, California State Bar No. 103768
   LAW OFFICE OF STEPHEN M. MURPHY
6  180 Montgomery St., Suite 940
   San Francisco, CA 94104
7  Phone: (415) 986-1338
   Facsimile: (415) 986-1231
8  smurphy@sick-leave.com

9  Attorneys for Plaintiff TANYA HUNT

10
   **PORTER | SCOTT**
11 A PROFESSIONAL CORPORATION
   Nancy J. Sheehan, SBN 109419
12 Beatriz Berumen, SBN 271249
   350 University Ave., Suite 200
13 Sacramento, California 95825
   Telephone: 916.929.1481
14 **Attorneys for Defendants:** COUNTY OF EL DORADO and FRED KOLLAR

15
   **BARKETT & GUMPERT**
16 Franklin G. Gumpert, SBN 66051
   P.O. Box 661448
17 Sacramento, CA 95866
   Telephone: (916) 849-2480
18 **Attorney for Defendants:** PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH and JACKIE NOREN

19
   **FOSTER EMPLOYMENT LAW**
20 C. Christine Maloney, SBN 226575
   3000 Lakeshore Ave.
21 Oakland, CA 94610
   Telephone: (510) 763-1900
22 **Attorney for Defendant:** KEVIN HOUSE

23 / / /

24 / / /

25 / / /

26 / / /

27              [SEE, PARTIES' STIPULATION – NEXT PAGE]

28                                    -1-
   STIPULATION AND ORDER TO DISMISS DEFENDANT KEVIN HOUSE, *WITH PREJUDICE*;
   *HUNT* V. *COUNTY OF EL DORADO, ET AL.*, CASE NO. 2:10-CV-01367-FCD-KJN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT,<br><br>          Plaintiff,<br><br>v.<br><br>COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARRIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive,<br><br>          Defendants. | Case No.  2:10-cv-01367-FCD-KJN<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANT KEVIN HOUSE WITH PREJUDICE [F.R.C.P. 41(1)] |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(ii), the parties to this action do hereby stipulate that Defendant KEVIN HOUSE shall be forthwith dismissed from this action with prejudice, and that Plaintiff TANYA HUNT and Defendant KEVIN HOUSE shall each bear their own attorneys' fees and costs incurred in regard to the prosecution and defense of the claims asserted against Defendant KEVIN HOUSE in this case.

It is so stipulated.

Dated: July 26, 2011                           *WATTS LAW OFFICES*

                                                              /s/ Douglas E. Watts

                                                    By:_____
                                                          Douglas E. Watts, Esq.
                                                          Attorneys for Plaintiff

/ / /

/ / /

-2-

| | |
|---|---|
| Dated:   July 25, 2011 | **BARKETT & GUMPERT** |
| | By: /s/ Franklin G. Gumpert <br> _____ <br> Franklin G. Gumpert, Esq. <br> Attorney for Defendants <br> PHIL CHOVANEC, DARIN LEWIS, <br> BOB ASHWORTH and JACKIE NOREN |
| Dated:   July 25, 2011 | **FOSTER EMPLOYMENT LAW** |
| | By: /s/ C. Christine Maloney <br> _____ <br> C. Christine Maloney, Esq. <br> Attorney for Defendant <br> KEVIN HOUSE |
| Dated: July 25, 2011 | **PORTER SCOTT** <br> **A PROFESSIONAL CORPORATION** |
| | By: /s/ Nancy J. Sheehan <br> _____ <br> Nancy J. Sheehan, Esq. <br> Attorneys for Defendants <br> COUNTY OF EL DORADO and <br> FRED KOLLAR |

## ORDER

Having reviewed the above Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: July 26, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE