Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
1745 Creekside Dr.
Folsom, CA 95630
Telephone:     (916) 337-5221
Facsimile:      (916) 404-5031
dougwattsesq@yahoo.com

Stephen M. Murphy, California State Bar No. 103768
LAW OFFICE OF STEPHEN M. MURPHY
180 Montgomery St., Suite 940
San Francisco, CA 94104
Phone: (415) 986-1338
Facsimile: (415) 986-1231
smurphy@sick-leave.com

Attorneys for Plaintiff TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: 916.929.1481
**Attorneys for Defendants:** COUNTY OF EL DORADO and FRED KOLLAR

**BARKETT & GUMPERT**
Franklin G. Gumpert, SBN 66051
P.O. Box 661448
Sacramento, CA 95866
Telephone: (916) 849-2480
**Attorney for Defendants:** PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH and JACKIE NOREN

///

///

///

///

///

///

///

-1-
STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION IN THIRD AMENDED COMPLAINT,
*WITH PREJUDICE*;
HUNT v. COUNTY OF EL DORADO, ET AL., CASE NO. 2:10-CV-01367-FCD-CKD

[SEE, PARTIES' STIPULATION – NEXT PAGE]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.  2:10-cv-01367-FCD-CKD<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION FROM THE THIRD AMENDED COMPLAINT, WITH PREJUDICE [F.R.C.P. 41(1)]** |

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(ii), the parties to this action do hereby stipulate that Plaintiff's Sixth Cause of Action for Violations of the Public Safety Officers' Procedural Bill of Rights Act, which was pled against Defendant COUNTY OF EL DORADO only, shall be forthwith dismissed with prejudice, and that Plaintiff TANYA HUNT and Defendant COUNTY OF EL DORADO shall each bear their own attorneys' fees and costs incurred in regard to the prosecution and defense of Plaintiff's Sixth Cause of Action asserted against Defendant COUNTY OF EL DORADO in this case.

　　　　It is so stipulated.

Dated:  August 23, 2011　　　　　　　　　　*WATTS LAW OFFICES*

　　　　　　　　　　　　　　　　　　　　　　/s/ Douglas E. Watts

　　　　　　　　　　　　　　　　　　　　By:_____

Douglas E. Watts, Esq.
Attorneys for Plaintiff

Dated:  August  23, 2011              **BARKETT & GUMPERT**

                                          /s/ Franklin G. Gumpert
By:  _____
       Franklin G. Gumpert, Esq.
       Attorney for Defendants
       PHIL CHOVANEC, DARIN LEWIS,
       BOB ASHWORTH and JACKIE NOREN

Dated: August 23, 2011              **PORTER SCOTT,**
                                       **A PROFESSIONAL CORPORATION**

                                         /s/ Nancy J. Sheehan
By:  _____
       Nancy J. Sheehan, Esq.
       Attorneys for Defendants
       COUNTY OF EL DORADO and
       FRED KOLLAR

## ORDER

Having reviewed the above Stipulation, and good cause appearing,

**IT IS SO ORDERED.**

Dated: August 23, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

-3-
STIPULATION AND ORDER TO DISMISS PLAINTIFF'S SIXTH CAUSE OF ACTION IN THIRD AMENDED COMPLAINT, *WITH PREJUDICE*;
*HUNT* v. *COUNTY OF EL DORADO, ET AL.*, CASE NO. 2:10-CV-01367-FCD-CKD