Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
1745 Creekside Drive
Folsom, CA 95630
Telephone: (916) 337-5221
Facsimile: (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Suite 940
San Francisco, CA 94104
Phone: (415) 986-1338
Facsimile: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Attorneys for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO and FRED KOLLAR

Franklin G. Gumpert, SBN 66051
**BARKETT & GUMPERT**
Attorneys at Law
P.O. Box 661448
Sacramento, California 95866-1448
Telephone: (916) 849-2480
Facsimile: (916) 570-3660
E-mail: barkettgumpert@surewest.net

**Attorneys for Defendant:** PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH and JACKIE NOREN

///

///

///

///

///

1

**STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271**

{00953709.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive.<br><br>    Defendants.<br>_____/ | CASE NO. 2:10−CV−01367−JAM −CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271**<br><br>**Complaint Filed:**                     06-03-10<br>**First Amended Complaint Filed:**   10-14-10<br>**Second Amended Complaint Filed:** 01-27-11<br>**Third Amended Complaint Filed:**  04-16-11<br>**Trial Date:**                          03-04-13 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program for purposes of early neutral evaluation (Rule 271 (a) (1).

Dated:  October 31, 2011          WATTS LAW OFFICES


                                  By /s/*Douglas E. Watts* (authorized on 10/31/11)
                                      Douglas E. Watts
                                      Attorney for Plaintiff
                                      TANYA HUNT

Dated:  October 31, 2011          LAW OFFICES OF STEPHEN M. MURPHY


                                  By /s/*Stephen M. Murphy* (authorized on 10/31/11)
                                      Stephen M. Murphy
                                      Co-Counsel for Plaintiff
                                      TANYA HUNT

Dated:  October 27, 2011          BARKETT & GUMPERT


                                  By /s/*Franklin G. Gumpert* (authorized on 10/27/11)
                                      Franklin G. Gumpert
                                      Attorneys for Defendants
                                      PHIL CHOVANEC, DARIN LEWIS,
                                      BOB ASHWORTH, and JACKIE NOREN

**STIPULATION AND [PROPOSED] ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271**

{00953709.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  November 1, 2011 | PORTER SCOTT |
| 2 | | A PROFESSIONAL CORPORATION |

By /s/*Nancy J. Sheehan*_____
    Nancy J. Sheehan
    Beatriz Berumen
    Attorneys for Defendants
    COUNTY OF EL DORADO and
    FRED KOLLAR

**IT IS SO ORDERED.**

Dated: 11/1/2011

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com