Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
2320 E. Bidwell St., Suite 110
Folsom, CA 95630
Telephone: (916) 337-5221
Facsimile: (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Suite 940
San Francisco, CA 94104
Phone: (415) 986-1338
Facsimile: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Attorneys for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO and FRED KOLLAR

Franklin G. Gumpert, SBN 66051
**BARKETT & GUMPERT**
Attorneys at Law
P.O. Box 661448
Sacramento, California 95866-1448
Telephone: (916) 849-2480
Facsimile: (916) 570-3660
E-mail: barkettgumpert@surewest.net

**Attorneys for Defendant:** PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH and JACKIE NOREN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT, | CASE NO. 2:10−CV−01367−JAM −CKD |
| Plaintiffs, | **STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(a)(1)]** |
| v. | |
| COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive. | Complaint Filed: 06-03-10<br>First Amended Complaint Filed: 10-14-10<br>Second Amended Complaint Filed: 01-27-11<br>Third Amended Complaint Filed: 04-16-11<br>Trial Date: 03-04-13 |
| Defendants. | |

1

**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(1)]**

{00972479.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

     **PLEASE TAKE NOTICE** that pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(ii), the parties to this action do hereby stipulate that Defendants FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHOWRTH, and JACKIE NOREN shall be forthwith dismissed from this action with prejudice, and that Plaintiff and Defendants FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHOWRTH, and JACKIE NOREN shall bear their own attorneys' fees and costs incurred in regard to the prosecution and defense of the claims.

     **IT IS SO STIPULATED.**

Dated: December 21, 2011　　　　　WATTS LAW OFFICES

　　　　　　　　　　　　　　　　　By:　/s/*Douglas E. Watts* (authorized on 12/21/11)
　　　　　　　　　　　　　　　　　　　　Douglas E. Watts
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　TANYA HUNT

Dated: December 21, 2011　　　　　LAW OFFICES OF STEPHEN M. MURPHY

　　　　　　　　　　　　　　　　　By:　/s/*Stephen M. Murphy* (authorized on 12/21/11)
　　　　　　　　　　　　　　　　　　　　Stephen M. Murphy
　　　　　　　　　　　　　　　　　　　　Co-Counsel for Plaintiff
　　　　　　　　　　　　　　　　　　　　TANYA HUNT

Dated: December 21, 2011　　　　　BARKETT & GUMPERT

　　　　　　　　　　　　　　　　　By:　/s/*Franklin G. Gumpert* (authorized on 12/21/11)
　　　　　　　　　　　　　　　　　　　　Franklin G. Gumpert
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　PHIL CHOVANEC, DARIN LEWIS,
　　　　　　　　　　　　　　　　　　　　BOB ASHWORTH, and JACKIE NOREN

Dated: December 21, 2011　　　　　PORTER SCOTT
　　　　　　　　　　　　　　　　　A PROFESSIONAL CORPORATION

　　　　　　　　　　　　　　　　　By:　/s/*Nancy J. Sheehan*
　　　　　　　　　　　　　　　　　　　　Nancy J. Sheehan
　　　　　　　　　　　　　　　　　　　　Beatriz Berumen
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　COUNTY OF EL DORADO and FRED KOLLAR

2
**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(1)]**

{00972479.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the above Stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated:   12/22/2011

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

3

**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(1)]**

{00972479.DOC}

PDF created with pdfFactory trial version www.pdffactory.com