| | |
|---|---|
| Douglas E. Watts, SBN 182274<br>**WATTS LAW OFFICES**<br>2320 E. Bidwell St., Suite 110<br>Folsom, CA 95630<br>Telephone: (916) 337-5221<br>Facsimile: (916) 404-5031<br>E-mail: dougwattsesq@yahoo.com | Stephen M. Murphy, SBN 103768<br>**LAW OFFICES OF STEPHEN M. MURPHY**<br>180 Montgomery St., Suite 940<br>San Francisco, CA 94104<br>Phone: (415) 986-1338<br>Facsimile: (415) 986-1231<br>E-Mail: smurphy@sick-leave.com |

**Attorneys for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO and FRED KOLLAR

Franklin G. Gumpert, SBN 66051
**BARKETT & GUMPERT**
Attorneys at Law
P.O. Box 661448
Sacramento, California 95866-1448
Telephone: (916) 849-2480
Facsimile: (916) 570-3660
E-mail: barkettgumpert@surewest.net

**Attorneys for Defendant:** PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH and JACKIE NOREN

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT,<br><br>       Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive.<br><br>       Defendants.<br>_____/ | CASE NO. 2:10−CV−01367−JAM −CKD<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(a)(1)]**<br><br>**Complaint Filed:**                06-03-10<br>**First Amended Complaint Filed:**   10-14-10<br>**Second Amended Complaint Filed:**  01-27-11<br>**Third Amended Complaint Filed:**   04-16-11<br>**Trial Date:**                    03-04-13 |

1

**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(1)]**

{00972479.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

**TO THE COURT, TO ALL PARTIES, AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. Rule of Civ. Proc. 41(a)(1)(ii), the parties to this action do hereby stipulate that Defendants FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHOWRTH, and JACKIE NOREN shall be forthwith dismissed from this action with prejudice, and that Plaintiff and Defendants FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHOWRTH, and JACKIE NOREN shall bear their own attorneys' fees and costs incurred in regard to the prosecution and defense of the claims.

**IT IS SO STIPULATED.**

Dated:  December 21, 2011          WATTS LAW OFFICES

                                   By:   /s/*Douglas E. Watts* (authorized on 12/21/11)
                                         Douglas E. Watts
                                         Attorney for Plaintiff
                                         TANYA HUNT

Dated:  December 21, 2011          LAW OFFICES OF STEPHEN M. MURPHY

                                   By:   /s/*Stephen M. Murphy* (authorized on 12/21/11)
                                         Stephen M. Murphy
                                         Co-Counsel for Plaintiff
                                         TANYA HUNT

Dated:  December 21, 2011          BARKETT & GUMPERT

                                   By:   /s/*Franklin G. Gumpert* (authorized on 12/21/11)
                                         Franklin G. Gumpert
                                         Attorneys for Defendants
                                         PHIL CHOVANEC, DARIN LEWIS,
                                         BOB ASHWORTH, and JACKIE NOREN

Dated:  December 21, 2011          PORTER SCOTT
                                   A PROFESSIONAL CORPORATION

                                   By:   /s/*Nancy J. Sheehan*
                                         Nancy J. Sheehan
                                         Beatriz Berumen
                                         Attorneys for Defendants
                                         COUNTY OF EL DORADO and FRED KOLLAR

2

**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(1)]**

{00972479.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Having reviewed the above Stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated:   12/22/2011

                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS DEFENDANTS FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, KEVIN HOUSE, BOB ASHWORTH, AND JACKIE NOREN WITH PREJUDICE [F.R.C.P. 41(1)]**

{00972479.DOC}

PDF created with pdfFactory trial version www.pdffactory.com