Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
2320 E. Bidwell St., Suite 110
Folsom, CA 95630
Telephone:  (916) 337-5221
Facsimile:  (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
180 Montgomery St., Suite 940
San Francisco, CA 94104
Phone: (415) 986-1338
Facsimile: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Attorneys for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone:  (916) 929-1481
Facsimile:  (916) 927-3706
E-mails:  nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT,<br><br>        Plaintiffs,<br><br>v.<br><br>COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive.<br><br>        Defendants.<br>_____/ | CASE NO.  2:10−CV−01367−JAM −CKD<br><br>**AMENDED STIPULATION AND ORDER TO MODIFY THE AMENDED (PRE-TRIAL SCHEDULING) ORDER**<br><br><br>**Complaint Filed:**           06/03/2010<br>**First Amended Compl. Filed:**  10/14/2010<br>**Second Amended Compl. Filed:** 01/27/2011<br>**Third Amended Compl. Filed:**  04/16/2011<br>**Trial Date:**                03/04/2013 |

1

PDF created with pdfFactory trial version www.pdffactory.com

**THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY RESPECTFULLY REQUEST** that the Court modify the Amended Status (Pre-trial Scheduling) Order entered on September 6, 2011 (Docket # 71), for the good cause set forth in this Stipulation.

1. This action arises out of Plaintiff TANYA HUNT's employment with the COUNTY OF EL DORADO as a Deputy Sheriff. Plaintiff generally contends that she was targeted by male supervisors and disciplined for conduct that she alleges went unpunished when engaged in by male co-workers. Plaintiff's claims are brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e; 42 U.S.C. §§ 1983 and 1985; California's Fair Employment and Housing Act, Government Code §§ 12940, et seq; and California's Public Safety Officers Procedural Bill of Rights Act, Government Code §§ 3300, et seq.

2. As this case touches upon a number of sensitive matters pertaining to privacy rights of individuals involved in law enforcement, as well as complaints of private citizens, minors and victims of crimes, the parties entered into a stipulation for a protective order, which was adopted by Court order on October 4, 2010. (Docket # 23.) The protective order addresses anticipated issues pertaining to peace officer personnel records, employment records, and other matters. The parties also stipulated to appoint Attorney Carolyn Langenkamp as the discovery referee to serve as the first level of review for all discovery issues that cannot otherwise be worked out by the parties. The Court entered an order assigning Ms. Langenkamp as the discovery referee on November 1, 2010. (Docket # 31.) To date, Ms. Langenkamp has ruled on a number of matters in this case, including disputes pertaining to the scope of discovery and the qualified privilege pertaining to peace officer personnel records.

3. The parties have been diligent in their efforts to litigate this case. All parties have made initial disclosures as required by Rule 26(a)(1) and Plaintiff's deposition was completed on August 22, 2011. The parties have served written discovery. As anticipated, the parties have had to enlist the services of Discovery Referee Langenkamp to resolve numerous discovery disputes. Additionally, the broad nature of Plaintiff's claims, the large number of defendants and percipient witnesses, and multiple calendaring conflicts of the parties' respective counsel and the witnesses have further delayed the discovery process. Delays notwithstanding, the parties have been successful in narrowing the issues to be litigated. Defendant KEVIN HOUSE was dismissed with prejudice on July 26, 2011. (Docket #

PDF created with pdfFactory trial version www.pdffactory.com

65.) Plaintiff's sixth claim for relief for violations of the Public Safety Officers Procedural Bill of Rights Act was dismissed on August 23, 2011. (Docket # 69.)

4. On October 31, 2011, the parties stipulated to submit this action to the Voluntary Dispute Resolution Program for purposes of early neutral evaluation in efforts to further reduce the scope of the litigation and/or reach agreement or stipulations regarding facts and procedures for resolving ongoing discovery disputes as needed. Attorney James Nelson was selected to act as the VDRP neutral. (Docket # 76.) In the interim, the parties suspended discovery and Plaintiff postponed taking the depositions of Defendants. The parties held in the VDRP session on December 21, 2011, and were successful in narrowing the scope of this litigation. Immediately following the session a Stipulation and Proposed Order to Dismiss Defendants FRED KOLLAR, PHIL CHOVANEC, DARIN LEWIS, BOB ASHWORTH, and JACKIE NOREN was filed and adopted by the Court. (Docket # 78.) The COUNTY OF EL DORADO is the only remaining Defendant in this case.

5. Due to the breadth of Plaintiff's claims and complex discovery issues pertaining to the disclosure of peace officer personnel records, counsel for the parties in good faith believe that additional time will be needed in order to complete discovery. Defendant COUNTY anticipates that Plaintiff will be served with requests for admissions, along with follow-up requests for production of documents. The COUNTY also expects to take depositions of percipient and third party witnesses, including Plaintiff's medical providers. Plaintiff anticipates taking the depositions of numerous current and former COUNTY employees. Plaintiff has indicated that she intends to file a motion to reverse a recent ruling by the discovery referee. The scheduling of the depositions may be delayed pending the outcome of Plaintiff's motion.

6. The parties respectfully submit that good cause exists to amend the Amended (Pre-Trial Scheduling) Order and therefore request modification of the Amended (Pre-Trial Scheduling) Order as follows:

  a. Last day for Plaintiff to disclose expert witnesses:  September 10, 2012
  b. Last day for Defendants to disclose expert witnesses:  October 1, 2012
  c. Last day to disclose supplemental/rebuttal experts:  October 22, 2012
  d. All expert discovery to be completed by:  November 12, 2012

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |
|---|---|---|
| e. | Discovery cut-off: | November 12, 2012 |
| f. | Last day to file dispositive motions: | December 12, 2013 |
| g. | Last day to hear dispositive motions: | January 9, 2013 |
| h. | Final Pre-trial Conference | February 22, 2013 at 11:00 a.m. |
| i. | Trial | April 1, 2013 at 9:00 a.m. |

**IT IS FURTHER STIPULATED and AGREED** between the parties that all other provisions of the Amended Status (Pre-Trial Scheduling) Order of September 6, 2011 shall remain in effect.

**IT IS SO STIPULATED.**

Dated: January 19, 2012            **WATTS LAW OFFICES**


By: /s/*Douglas E. Watts* (authorized on 01/19/12)
    Douglas E. Watts
    Attorney for Plaintiff
    TANYA HUNT


Dated: January 19, 2012            **LAW OFFICES OF STEPHEN M. MURPHY**


By: /s/*Stephen M. Murphy* (authorized on 01/19/12)
    Stephen M. Murphy
    Co-Attorney for Plaintiff
    TANYA HUNT


Dated: January 19, 2012            **PORTER SCOTT**
                                   **A PROFESSIONAL CORPORATION**


By: /s/*Beatriz Berumen*
    Nancy J. Sheehan
    Beatriz Berumen
    Attorneys for Defendant
    COUNTY OF EL DORADO

///

4

**AMENDED STIPULATION TO MODIFY THE AMENDED (PRETRIAL SCHEDULING) ORDER**
{00952185.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Having reviewed the above stipulation, and good cause appearing, **IT IS HEREBY ORDERED** that the Amended Status (Pre-Trial Scheduling) Order of September 6, 2011, be modified with the new schedule as set forth above.

**IT IS SO ORDERED.**

Dated: 1/20/2012                                       /s/ John A. Mendez
                                                              JOHN A. MENDEZ
                                                              United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com