**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Stephen E. Horan, SBN 125241
Beatriz Berumen, SBN 271249
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)
nsheehan@porterscott.com; shoran@porterscott.com; bberumen@porterscott.com
Attorneys for Defendant: COUNTY OF EL DORADO

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT, | CASE NO. 2:10-CV-01367-JAM-CKD |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S UNOPPOSED REQUEST TO SEAL DOCUMENTS [E.D. LOCAL RULE 141] |
| COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive. | Complaint Filed: 6/3/10<br>First Amended Complaint Filed: 10/14/10<br>Second Amended Complaint Filed: 01/27/11<br>Third Amended Complaint Filed: 04/16/11<br>Trial Date: 03/04/13 |
| Defendants. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Defendant's Request to Seal Documents in Plaintiff TANYA HUNT's Motion to Reverse December 16, 2011 Ruling by Discovery Referee Carolyn Langenkamp. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents, or any portion thereof unsealed, that party or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The unredacted documents provided to the Court by Defendant and all other components to the Motion are ordered to be filed under seal by the Clerk of the Court.

///

///

1

[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF EL DORADO'S UNOPPOSED REQUEST TO SEAL DOCUMENTS

{00979879.DOC}

**IT IS SO ORDERED.**

DATED: 1/25/12

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE