IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TANYA HUNT,

    Plaintiff,               No. CIV S-10-1367 JAM CKD

    vs.

COUNTY OF EL DORADO, et al.,

    Defendant.             ORDER

_____/

      Plaintiff's motion to reverse the December 16, 2011 ruling by the discovery referee came on regularly for hearing January 25, 2012. The proceedings were sealed. Douglas Watts appeared for plaintiff. Stephen Horan appeared for defendant. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

      No later than February 1, 2012, defendant shall submit for <u>in camera</u> review the materials which were submitted to the discovery referee pertaining to Phil Chovanec's demotion.

Dated: January 26, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 - hunt.oah

1