Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
2320 E. Bidwell St., Suite 110
Folsom, CA 95630
Telephone: (916) 337-5221
Facsimile: (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Phone: (415) 986-1338
Facsimile: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Attorneys for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Stephen E. Horan, SBN 125241
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF EL DORADO; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN, and Does 1 through 50, inclusive <br><br> Defendants. | CASE NO. 2:10−CV−01367−JAM −CKD <br><br> **STIPULATION TO STRIKE ALLEGATIONS CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT; ORDER THEREON** <br><br> **Complaint Filed:** 06/03/2010 <br> **First Amended Compl. Filed:** 10/14/2010 <br> **Second Amended Compl. Filed:** 01/27/2011 <br> **Third Amended Compl. Filed:** 04/16/2011 <br> **Trial Date:** 03/04/2013 |

PDF created with pdfFactory trial version www.pdffactory.com

The parties, by and through their counsel, hereby stipulate to strike the following portions of the Third Amended Complaint:

1. Allegations at ¶¶ 24 -29, relating to Plaintiff's personal loss and the contention that male deputies suffering similar losses were treated more favorably;

2. Allegations at ¶¶ 30-36, relating to Plaintiff's contention that she was targeted for discipline because she complained to the EDSO male leadership about its handling of the Deputy Melissa Meekma Tragedy;

3. Allegations at ¶¶ 37-38, relating to Hunt's marital status and that she was treated differently depending on that status.

**IT IS SO STIPULATED.**

Dated: June 1, 2012         **WATTS LAW OFFICES**

                            By:   /s/*Douglas E. Watts* (authorized on 06/01/12)
                                  Douglas E. Watts
                                  Attorney for Plaintiff
                                  TANYA HUNT

Dated: June 8, 2012         **LAW OFFICES OF STEPHEN M. MURPHY**

                            By:   /s/*Stephen M. Murphy* (authorized on 06/08/12)
                                  Stephen M. Murphy
                                  Co-Attorney for Plaintiff
                                  TANYA HUNT

Dated: June 12, 2012        **PORTER SCOTT**
                            **A PROFESSIONAL CORPORATION**

                            By:   /s/*Beatriz Berumen*
                                  Nancy J. Sheehan
                                  Stephen E. Horan
                                  Beatriz Berumen
                                  Attorneys for Defendants
                                  COUNTY OF EL DORADO and
                                  FRED KOLLAR

**STIPULATION TO STRIKE ALLEGATIONS CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
{01019072.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Pursuant to the parties' Stipulation, the allegations at the referenced paragraphs in the above Stipulation are stricken.

**IT IS SO ORDERED.**

Dated:  6/12/2012                                             /s/ John A. Mendez
                                                              JOHN A. MENDEZ
                                                              United States District Court Judge

**STIPULATION TO STRIKE ALLEGATIONS CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**

{01019072.DOC}

PDF created with pdfFactory trial version www.pdffactory.com