Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
2320 E. Bidwell St., Suite 110
Folsom, CA 95630
Telephone:  (916) 337-5221
Facsimile:  (916) 404-5031
E-mail: dougwattsesq@yahoo.com

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Phone: (415) 986-1338
Facsimile: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Attorneys for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Stephen E. Horan, SBN 125241
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone:  (916) 929-1481
Facsimile:  (916) 927-3706
E-mails:  nsheehan@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendants:** COUNTY OF EL DORADO

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA HUNT,<br><br>           Plaintiffs,<br><br>vs.<br><br>COUNTY OF EL DORADO; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN, and Does 1 through 50, inclusive<br><br>           Defendants. | CASE NO.  2:10−CV−01367−JAM −CKD<br><br>**STIPULATION TO STRIKE ALLEGATIONS CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT;  ORDER THEREON**<br><br>**Complaint Filed:**           06/03/2010<br>**First Amended Compl. Filed:**   10/14/2010<br>**Second Amended Compl. Filed:** 01/27/2011<br>**Third Amended Compl. Filed:**  04/16/2011<br>**Trial Date:**                03/04/2013 |

1

**STIPULATION TO STRIKE ALLEGATIONS CONTAINED IN PLAINTIFF'S THIRD AMENDED COMPLAINT; [PROPOSED] ORDER THEREON**
{01019072.DOC}

PDF created with pdfFactory trial version www.pdffactory.com

The parties, by and through their counsel, hereby stipulate to strike the following portions of the Third Amended Complaint:

1. Allegations at ¶¶ 24 -29, relating to Plaintiff's personal loss and the contention that male deputies suffering similar losses were treated more favorably;

2. Allegations at ¶¶ 30-36, relating to Plaintiff's contention that she was targeted for discipline because she complained to the EDSO male leadership about its handling of the Deputy Melissa Meekma Tragedy;

3. Allegations at ¶¶ 37-38, relating to Hunt's marital status and that she was treated differently depending on that status.

**IT IS SO STIPULATED.**

Dated: June 1, 2012          **WATTS LAW OFFICES**

                             By:   /s/*Douglas E. Watts* (authorized on 06/01/12)
                                   Douglas E. Watts
                                   Attorney for Plaintiff
                                   TANYA HUNT

Dated: June 8, 2012          **LAW OFFICES OF STEPHEN M. MURPHY**

                             By:   /s/*Stephen M. Murphy* (authorized on 06/08/12)
                                   Stephen M. Murphy
                                   Co-Attorney for Plaintiff
                                   TANYA HUNT

Dated: June 12, 2012         **PORTER SCOTT**
                             **A PROFESSIONAL CORPORATION**

                             By:   */s/Beatriz Berumen*
                                   Nancy J. Sheehan
                                   Stephen E. Horan
                                   Beatriz Berumen
                                   Attorneys for Defendants
                                   COUNTY OF EL DORADO and
                                   FRED KOLLAR

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Pursuant to the parties' Stipulation, the allegations at the referenced paragraphs in the above Stipulation are stricken.

**IT IS SO ORDERED.**

Dated: 6/12/2012

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com