Douglas E. Watts, SBN 182274
**WATTS LAW OFFICES**
2320 E. Bidwell St., Suite 110
Folsom, CA 95630
Telephone: (916) 337-5221
Facsimile: (916) 404-5031
E-mail: dougwattsesq@yahoo.com

**Attorneys for Plaintiff:** TANYA HUNT

Stephen M. Murphy, SBN 103768
**LAW OFFICES OF STEPHEN M. MURPHY**
353 Sacramento Street, Suite 1140
San Francisco, CA 94111
Tel: (415) 986-1338
Fax: (415) 986-1231
E-Mail: smurphy@sick-leave.com

**Co-Counsel for Plaintiff:** TANYA HUNT

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
Stephen E. Horan, SBN 125241
Beatriz Berumen, SBN 271249
350 University Ave., Suite 200
Sacramento, California 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706
E-mails: nsheehan@porterscott.com; shoran@porterscott.com; bberumen@porterscott.com

**Attorneys for Defendant:** COUNTY OF EL DORADO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA HUNT, | CASE NO. 2:10-CV-01367-JAM -CKD |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)]** |
| v. | |
| COUNTY OF EL DORADO; FRED KOLLAR; PHIL CHOVANEC; DARIN LEWIS; KEVIN HOUSE; BOB ASHWORTH; JACKIE NOREN; and DOES 1 through 50, inclusive. | **Complaint Filed:** 06-03-10<br>**First Amended Complaint Filed:** 10-14-10<br>**Second Amended Complaint Filed:** 01-27-11<br>**Third Amended Complaint Filed:** 04-16-11<br>**Trial Date:** 04-01-13 |
| Defendants. | |

1
**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)]**

{01070620.DOC}

Plaintiff TANYA HUNT and Defendant COUNTY OF EL DORADO, by and through their respective attorneys of record, hereby stipulate that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  October 22, 2012          WATTS LAW OFFICES

By:  /s/ *Douglas E. Watts*  (authorized on 10/22/12)
Douglas E. Watts
Attorney for Plaintiff
TANYA HUNT

Dated:  October 22, 2012          LAW OFFICES OF STEPHEN M. MURPHY

By:  /s/ *Stephen M. Murphy* (authorized on 10/22/12)
Stephen M. Murphy
Co-Counsel for Plaintiff
TANYA HUNT

Dated:  October 22, 2012          PORTER SCOTT
A PROFESSIONAL CORPORATION

By:  /s/ *Beatriz Berumen*
Nancy J. Sheehan
Beatriz Berumen
Attorneys for Defendant
COUNTY OF EL DORADO

## **ORDER**

IT IS HEREBY ORDERED that this action and any and all claims for relief are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  10/23/2012          /s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge